## HILL v. RIDDLE.

No. 2141.    Opinion Filed November 19, 1912.

(128 Pac. 112.)

**APPEAL AND ERROR**—Failure to File Brief—Dismissal.    Where plaintiff in error has filed no brief, as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi), the appeal will be dismissed for want of prosecution.

(Syllabus by Robertson, C.)

*Error from Pontotoc County Court;*
*W. G. Currie, Special Judge.*

Van Arsdale-Osborne Brokerage Co. v. Robertson.

Action by W. R. Riddle against W. W. Hill. Judgment for plaintiff, and defendant brings error. Dismissed.

*Crawford & Bolen,* for plaintiff in error.

Opinion by ROBERTSON, C. This appeal was filed in this court November 22, 1910. No brief has been filed by either party, and it is evident that the appeal has been abandoned. The petition in error should, therefore, be dismissed for want of prosecution under rule 7 (20 Okla. viii, 95 Pac. vi) of this court. *Hass v. McCampbell,* 27 Okla. 290, 111 Pac. 543; *Maddin v. Mc-Cormick,* 27 Okla. 779, 117 Pac. 200; *Bender v. Bender et al.,* 30 Okla. 288, 119 Pac. 205; *Cox v. Rogers,* 30 Okla. 296, 119 Pac. 205; *McClelland v. Witherall,* 30 Okla. 287, 119 Pac. 205.

By the Court: It is so ordered.